UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN FRYE DURST, | ) | 1:07-CV00131 OWW NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING MOTION TO DISMISS |
| v. | ) | |
| | ) | [Doc. #6] |
| | ) | |
| JEFF WRIGLEY, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On June 4, 2007, Petitioner filed a motion to dismiss the petition for writ of habeas corpus without prejudice. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, . . . ." Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when

1  appropriate, to petitions filed under these rules."

2      At this time, Respondent has not filed a formal answer to the petition for writ of habeas
3  corpus.

4      Accordingly, IT IS ORDERED that the petition BE DISMISSED without prejudice.
5  IT IS SO ORDERED.

6  **Dated:   June 12, 2007**            **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE